COURT
OF APPEALS

                                       SECOND
DISTRICT OF TEXAS

                                                   FORT
WORTH

 

                                        NO.
2-06-110-CV

 

GENERAL ELECTRODYNAMICS                                             APPELLANTS

CORPORATION F/K/A NSD
SCALE, INC.                            
AND APPELLEES

D/B/A GENERAL
ELECTRODYNAMICS 

CORPORATION AND DICK
DAVIS

                                                                                                        

                                                   V.

 

ESEQUIEL "ZEKE" SANCHEZ, III                                                APPELLEE

                                                                                 AND
APPELLANT

                                                                                                        

                                               ----------

            FROM
THE 153RD DISTRICT COURT OF TARRANT COUNTY

                                               ----------

                  MEMORANDUM
OPINION[1]
AND JUDGMENT

                                               ----------

On January 25, 2007, this court stayed this
appeal pending bankruptcy.  The parties
have now filed a AJoint Motion To Dismiss Appeal
and Cross-Appeal With Prejudice.@  It is the court=s
opinion that the motion should be granted; 

therefore, we reinstate and dismiss the appeal and cross-appeal.  See TEX. R. APP. P.
42.1(a)(1), 43.2(f).








Costs of the appeal shall be paid by appellants,
for which let execution issue.  See Tex. R. App. P. 43.4.

PER CURIAM

PANEL D:  MCCOY, J.; CAYCE, C.J.; and LIVINGSTON, J.

 

DELIVERED:  June 21, 2007











[1]See Tex. R. App. P. 47.4.